


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| | * | 18 U.S.C. § 247(a)(1) |
| VERSUS | * | 18 U.S.C. § 844(h) |
| | * | |
| | * | 6:19-CR-00183-01 |
| HOLDEN JAMES MATTHEWS | * | Judge Summerhays |
| | | Magistrate Judge Whitehurst |

INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

COUNT ONE
Intentional Damage to Religious Property
[18 U.S.C. §§ 247(a)(1) and (d)(3)]

On or about March 26, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the St. Mary Baptist Church, located in Port Barre, Louisiana, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use, attempted use, and threatened use of fire. All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3). [18 U.S.C. §§ 247(a)(1) and (d)(3)].

## COUNT TWO
Using Fire to Commit a Felony
[18 U.S.C. § 844(h)(1)]

On or about March 26, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, used fire to commit a felony prosecutable in a court of the United States, that is the intentional destruction of religious property, in violation of 18 U.S.C. § 247(a)(1), as charged in Count One of this Indictment, all in violation of Title 18, United States Code, Section 844(h)(1). [18 U.S.C. § 844(h)(1)].

## COUNT THREE
Intentional Damage to Religious Property
[18 U.S.C. §§ 247(a)(1) and (d)(3)]

On or about April 2, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Greater Union Baptist Church, located in Opelousas, Louisiana, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use, attempted use, and threatened use of fire. All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3). [18 U.S.C. §§ 247(a)(1) and (d)(3)].

## COUNT FOUR
Using Fire to Commit a Felony
[18 U.S.C. § 844(h)(1)]

On or about April 2, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, used fire to commit a felony prosecutable in a court of the United States, that is the intentional destruction of religious property, in violation of 18 U.S.C. § 247(a)(1), as charged in Count Three of this Indictment, all in violation of Title 18, United States Code, Section 844(h)(1). [18 U.S.C. § 844(h)(1)].

## COUNT FIVE
Intentional Damage to Religious Property
[18 U.S.C. §§ 247(a)(1) and (d)(3)]

On or about April 4, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Mount Pleasant Baptist Church, located in Opelousas, Louisiana, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use, attempted use, and threatened use of fire. All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3). [18 U.S.C. §§ 247(a)(1) and (d)(3)].

## COUNT SIX
Using Fire to Commit a Felony
[18 U.S.C. § 844(h)(1)]

On or about April 4, 2019, in the Western District of Louisiana, the defendant, HOLDEN JAMES MATTHEWS, used fire to commit a felony prosecutable in a court of the United States, that is the intentional destruction of religious property, in violation of 18 U.S.C. § 247(a)(1), as charged in Count Five of this Indictment, all in violation of Title 18, United States Code, Section 844(h)(1). [18 U.S.C. § 844(h)(1)].

A TRUE BILL

REDACTED

DAVID C. JOSEPH
United States Attorney

By: _____
DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

_____
JOHN LUKE WALKER, LA Bar No. 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

_____
RISA BERKHOWER, NY Bar No. 4536538
Trial Attorney
Criminal Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C., 20530
Telephone: (202) 305-0150