**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 11:57 a.m. on June 6, 2019, and recessed at 11:30 a.m.

PRESENT:   Patrick J. Hanna, Magistrate Judge, Presiding
Evelyn Alexander, Minute Clerk
Recorded: Liberty Court Recorder CRM7
Time in Court: 3 minutes

**GRAND JURY REPORT**

 X  Partial Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:19-cr-00182-01 | | X |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:19-cr-00183-01*** | X | |

 X  Warrants/summons ordered issued as indicated.
 *  In Federal Custody
 **  Superseding Indictment
 ***  State Custody