U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 0 6 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| | * | 18 U.S.C. § 247(a)(1) |
| VERSUS | * | 18 U.S.C. § 844(h) |
| | * | |
| | * | 6:19-CR-00183-01 |
| HOLDEN JAMES MATTHEWS | * | Judge Summerhays |
| | | Magistrate Judge Whitehurst |

MOTION TO SEAL INDICTMENT

NOW INTO COURT, comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents as follows:

1.

On June 5, 2019, an indictment was returned by the federal grand jury sitting in Lafayette, Louisiana.

2.

At the time of the presentment of the indictment to the Magistrate Judge, the United States requested that the indictment be placed under seal.

3.

Based on the court's policy, the United States hereby moves for an Order of this Honorable Court **sealing** the indictment in said matter. The court's latest policy regarding the unsealing of indictments upon the arrest and initial appearance of the first defendant would jeopardize the arrest of all defendants in said indictment.

4.

The United States also moves that all court personnel, including but not limited to:   Clerk of Court, U.S. Probation, U.S. Marshal, be instructed <u>not</u> to reveal the existence of said indictment or the names of the defendants to anyone, specifically including codefendants, the news media and/or defense attorneys for codefendants.

Further, the United States respectfully requests that nothing in any sealing Order issued by the Court be construed to restrict law enforcement agencies or personnel from communicating information regarding this indictment to any party for purposes related to the apprehension and arrest of any defendant named in this indictment.

WHEREFORE, the United States hereby moves for an Order of this Honorable Court <u>sealing</u> the above captioned indictment until the arrest of the last defendant in the above captioned case.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

By:   _____

DOMINIC ROSSETTI
   CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
Telephone:   337-262-6618