UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:19-CR-00183-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HOLDEN JAMES MATTHEWS (01)** | **MAGISTRATE JUDGE WHITEHURST** |

**MINUTES OF COURT:**
Initial Appearance \ Arraignment

| | | | |
|---|---|---|---|
| Date: | June 12, 2019 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 11:13 a.m. | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 11:17 a.m. | Court Reporter: | LCR |
| Statistical Time: | 00:04 | Courtroom: | CR7 |
| | | Probation Officer: | Scotty Melancon |

**APPEARANCES**

| | | |
|---|---|---|
| Dominic A Rossetti and John Luke Walker (AUSA) | For | United States of America |
| Dustin Talbot (AFPD) Holden James Matthews (01), Defendant | For | Holden James Matthews (01), Defendant |

**PROCEEDINGS**

**BEFORE COURT OPENED:**
Defendant Previously Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Magistrate Judge Hanna Met with Counsel and Pretrial Services Officer

**INITIAL APPEARANCE:**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights

On the basis of the evidence stated on the record, the court finds that defendant does not have the financial resources to retain counsel. The previous Order appointing the Office of the Public Defender to represent defendant is continued

Detention Hearing Requested By: Defendant
   Continuance Requested By: Government

**ARRAIGNMENT ON:  Indictment**
Reading Waived
Plea Entered: Not Guilty to all counts of the Indictment
Arraignment Held

Detention Hearing set for **Monday, June 17, 2019 at 2:00 p.m.**, before Magistrate Judge Carol B Whitehurst.

**Order Scheduling Detention Hearing signed (AO470)**

Defendant ordered detained pending a detention hearing

Defendant in Custody

The government's oral motion to unseal the indictment is GRANTED.