AO 424 (Rev. 01/09) Order Scheduling a Detention Hearing

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 12 2019

TONY R. MOORE, CLERK
BY _____
           DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  6:19-cr-00183-RRS-CBW |
| Holden James Matthews (01) | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | John M. Shaw United States Courthouse<br>800 Lafayette St.<br>Lafayette, LA 70501 | Courtroom No.: | 6 (CBW) |
|---|---|---|---|
| | | Date and Time: | June 17, 2019 @ 2 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 12, 2019

_____
*Judge's signature*

Patrick J. Hanna, United States Magistrate Judge
*Printed name and title*