UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:19-CR-00183-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HOLDEN JAMES MATTHEWS** | **MAGISTRATE JUDGE WHITEHURST** |

### DEFENDANT'S REQUEST FOR DISCOVERY

HOLDEN JAMES MATTHEWS, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (II)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:     **S/ DUSTIN C. TALBOT (LA #33404)**
        Assistant Federal Public Defender
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana 70501
        (337)262-6336 (Phone)     (337)262-6605 (Fax)

        COUNSEL FOR HOLDEN JAMES MATTHEWS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via notice of electronic filing (NEF) to:

    Dominic Rossetti
    John Luke Walker
    ***U.S. Attorney's Office***

                                          *S/ Dustin C. Talbot*