UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CASE NO.  6:19-CR-00183-01 |
|---|---|
| VERSUS | JUDGE SUMMERHAYS |
| HOLDEN JAMES MATTHEWS (01) | MAGISTRATE JUDGE WHITEHURST |

<u>**EXHIBIT LIST**</u>
<u>**Detention Hearing  6/17/19**</u>

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| Gov 1 | ATF Diagram of Mount Pleasant Baptist Church | 6/17/2019 |
| Gov 2 | Photo of Sceptor Gas can | 6/17/2019 |
| Gov 3 | Surveillance photo from Wal Mart | 6/17/2019 |
| Gov 4 | Electronic copy of Walmart receipt | 6/17/2019 |
| Gov 5 | Photo St. Mary Baptist Church_IMG_0447.jpg | 6/17/2019 |
| Gov 6 | Photo St. Mary Baptist Church IMG_0454.jpg | 6/17/2019 |
| Gov 7 | Photo St. Mary Baptist Church IMG_0469.jpg | 6/17/2019 |
| Gov 8 | Photo St. Mary Baptist Church IMG_0483.jpg | 6/17/2019 |
| Gov 9 | Photo St. Mary Baptist Church IMG_0487.jpg | 6/17/2019 |
| Gov 10 | Video St. Mary Baptist Church with Sign – IMG_0485.mov | 6/17/2019 |
| Gov 11 | Video St Mary Baptist Church retrieved from Facebook | 6/17/2019 |
| Gov 12 | Screenshots of Kadesh and Matthew's Conversation | 6/17/2019 |
| Gov 13 | Video St. Mary Baptist Church extracted from cell phone | 6/17/2019 |
| Gov 14 | Video Greater Union Baptist Church extracted from cell phone -IMG_0638.mov | 6/17/2019 |
| Gov 15 | Video Greater Union Baptist Church – IMG_0640.mov | 6/17/2019 |
| Gov 16 | Video Greater Union Baptist Church extracted from cell phone – IMG_0641.mov | 6/17/2019 |
| Gov 17 | Photo Greater Union Baptist Church IMG_0643.jpg | 6/17/2019 |
| Gov 18 | DH – Facebook Messages | 6/17/2019 |
| Gov 19 | CC – Facebook Messages | 6/17/2019 |
| Gov 20 | AS – Facebook Messages | 6/17/2019 |
| Gov 21 | Photo Mt. Pleasant Baptist Church | 6/17/2019 |
| Gov 22 | Pagan Carnage Album Cover (Mt. Pleasant) | 6/17/2019 |
| Gov 23 | Picture of Cover of Pagan Carnage CD | 6/17/2019 |
| Gov 24 | Picture of inside Pagan Carnage CD | 6/17/2019 |
| | | |