

## Front Entry

Ramp

Electric
Service
Entry

S
A
N
C
T
U
A
R
Y

Chancel
Area

Choir
Loft

Office

Pastor's
Office

EV3
EV4
EV2

AC     AC

OVERALL VIEW- MT PLEASANT BAPTIST CHURCH-3989 HIGHWAY 182, OPELOUSAS, LA

| | | Data Recorded April 6-10, 2019 |
| Window | | Plan Drawn by: S/A Peter Murray |
| Vent to underside of structure | | |
| Access panel to underside of structure | | |
| AC Air Conditioning Units | | |
| ●EV Evidence | | |
| Pews | | |

GOVERNMENT
EXHIBIT
1



GOVERNMENT
EXHIBIT

2



3/25/2019 23:56:51

Holden James Matthews Transaction

3/25/2019 23:58:54

Matthews exiting

Truck that Matthews arrives in

3/25/2019 23:34:42

3/25/2019 23:59:24

Matthews putting purchase in bed of truck

GOVERNMENT
EXHIBIT
3

```
ST# 0543 OP# 00007639 TE# 07 TR# 09235

2G GAS CAN    088785300266S      13.86 AD
10PK SHOP     073785778891S       2.84 AD
BIC LIGHTER   007033091146S       1.48 AD
TE# 07 OP# 00007639 TR# 09235
DT 032519 TM 235700
DATE: 09/30/1997
TE# 07 OP# 00007639 TR# 09235
DT 032519 TM 235719
CUPCAKE       008130800372S       7.98 A
TE# 07 OP# 00007639 TR# 09235
DT 032519 TM 235721
BNLS CHOPS    020566000000SF      4.73 B
                  SUBTOTAL       30.89
EMV TENDER APPROVED ONLINE # 268302
CAMT 000000003414
US DEBIT
AID A0000000980840
ICC 0840  en
TVR 8080048000  CVMR 420000  ARC 00
TC A8D0F7ED77E39809
IAD 4B4C1BBFDF94170E3030
ATC 0372 UP# 330C5AA6 TSI 6800
TERMINAL # 283800260
*Pin Verified
TE# 07 OP# 00007639 TR# 09235
DT 032519 TM 235745
BIN 406042
        SALES TAX  1         2.93
        SALES TAX  2         0.32
                  TOTAL      34.14
ACCOUNT NUMBER  2429
              DEBIT TEND     34.14
              CHANGE DUE      0.00
EFT DEBIT       PAY FROM PRIMARY
  34.14  TOTAL PURCHASE
US DEBIT      **** **** **** 2429 I 0
EXPIRATION DATE 2003
REF # 908500172969
NETWORK ID. 0076 APPR CODE 268302
TERMINAL # MX800260
        03/25/19    23:57:45


        ***SURVEY OFFERED***

     TC# 9533 0361 2423 4550 8259
        03/25/19    23:57:51
```

GOVERNMENT
EXHIBIT
4



GOVERNMENT
EXHIBIT

5



GOVERNMENT
EXHIBIT

6



GOVERNMENT
EXHIBIT

7



GOVERNMENT
EXHIBIT
8

Case 1:24-cr-00044-xxxxx-xxx   Document 24-1   Filed 8/06/24   Page 9 of 41 Page ID #: 24



GOVERNMENT
EXHIBIT
9

Snapchat LTE 4:32 AM

**MASTER**
Messenger

Weeeeellll there's this Baptist church out in the middle of nowehere but still only 20 minutes away from me,I've BEEN wanting to torch the fucker,but I feel like my dad would know and he's a cop so yea

Yea I'll take some of that for my ep



Not funny to joke about 😔



Aa

Snapchat LTE 4:32 AM

**MASTER**
Messenger

Bruh I haven't made anything for the ep yet,I'm still working on demos

 👎🏻

I'm going to get it all better quality recording

At arcanes place

This place



+ Add to your story

Aa

GOVERNMENT
EXHIBIT
12



GOVERNMENT
EXHIBIT

17

✓
3/28/2019 5:02:07 AM

I also have it in black & white

**Holden Matthews**

I like blue

↗
3/28/2019 5:08:20 AM

**Holden Matthews**

It's like your own personal stamp

↗
3/28/2019 5:08:32 AM

✓
3/28/2019 5:08:52 AM

For the cold look-!-

GOVERNMENT
EXHIBIT
18

**Holden Matthews**

What's up brother

↗
3/31/2019 8:15:03 AM

✓
3/31/2019 2:12:34 PM

Just waking up how are you?

**Holden Matthews**

I'm just waking up lol stayed up all night babysitting my drunk ass cousin

↗
3/31/2019 10:05:00 PM

**Holden Matthews**

So tell me my brother are you a satanist?

↗
4/1/2019 2:07:33 AM

✓
4/1/2019 2:07:51 AM

Luciferian-!-

**Holden Matthews**

So you hate Christians and their fucking church right ?

4/1/2019 2:08:46 AM

4/1/2019 2:09:06 AM

Of course-!-

**Holden Matthews**

Well I have something to show you

4/1/2019 2:09:35 AM

**Holden Matthews**

Check this out

4/1/2019 2:09:40 AM

**Holden Matthews**

This shit scared kadesh

4/1/2019 2:10:31 AM

**Holden Matthews**



*Click to play the video attachment.*
You sent a video.

4/1/2019 2:10:59 AM

4/1/2019 2:11:57 AM

Awsome-!- -!- -!- -!- -!-

4/1/2019 2:12:10 AM

Let it burn-!- -!-

**Holden Matthews**

4/1/2019 2:12:27 AM

Listen to that sound dude haha beautiful

**Holden Matthews**

4/1/2019 2:13:13 AM

There was absolutely nothing left my dude

**Holden Matthews**

4/1/2019 2:13:24 AM





You sent a photo.

Brick?

4/1/2019 2:14:07 AM

**Holden Matthews**

That's all that's left lmao yea I had to go inside the thing to do it

4/1/2019 2:15:09 AM

Kadesh scared cause he sheep in wolves clothes... Perhaps be careful he may snitch-!- Dudes weird-!-

4/1/2019 2:16:38 AM

**Holden Matthews**

Nah I would let me tell him anything period,dude thinks the government is watching him at all times lmao he's paranoid,he's actually giving up on black metal,he said he just wants his band to fade into obscurity

4/1/2019 2:18:30 AM

████████████

✓

4/1/2019 2:19:42 AM

It will... Good music though liked his style-!-

**Holden Matthews**

4/1/2019 2:20:27 AM

Hell yea he has cool music he even sent me a T-shirt,he's a good dude but when it comes to real shit he's a coward lol

**Holden Matthews**

4/5/2019 11:17:53 PM

I fucking hate the media so much dude

████████████

✓

4/5/2019 11:24:27 PM

Me too brother-!-

**Holden Matthews**

4/5/2019 11:26:06 PM

Of course they are making it a race thing

████████████

✓

4/5/2019 11:26:22 PM

Yeah fuck them-!-

**Holden Matthews**

4/5/2019 11:29:25 PM

.ıll AT&T  LTE           6:27 PM                    🌙 🔋

**RYAN MILLS** | LAFAYETTE DAILY
ADVERTISER | 22 hours ago



   



Local and state law enforcement and fire officials discussed the three church fires that have broken out in St. Landry Parish at a press conference Thursday.

RYAN MILLS, RYAN.MILLS@NAPLESNEWS.COM; 239-263-4784

Fires that destroyed three predominantly black St. Landry Parish Baptist churches in the last 10 days are clearly suspicious, the state's top fire investigator acknowledged Thursday, adding that they've discovered several "patterns" at the three crime scenes.

You sent a photo.

Holden Matthews

4/5/2019 11:29:37 PM

.ıll AT&T  LTE                    6:28 PM                        🌙 ▬

linking the three blazes.

"There certainly is a commonality," he said.
"Whether that leads to a person or persons
or groups, we just don't know. And that's
not unusual for us not to know at this
point."



Mt. Pleasant Baptist Church in St. Landry Parish
damaged in a fire Thursday.
FREDDIE HERPIN/DAILY WORLD

The fact that it is three black Baptist
churches in the same parish is obviously a

pattern. "And there are several other patterns," Browning added.

You sent a photo.

**Holden Matthews**

4/5/2019 11:44:25 PM

Baptist churches just have a lot of wood on them lol

**Holden Matthews**

4/5/2019 11:44:44 PM

Catholic Churches are like solid fucking rock

4/6/2019 12:08:03 AM



I can help you

3/29/2019 4:16:26 AM

**Holden Matthews**

Hell yea dude we can help each other. Louisiana needs more real metal

3/29/2019 4:18:35 AM

I need to get you that laptop

3/29/2019 4:18:52 AM

**Holden Matthews**

Dude I'd appreciate that so much that's like the main thing keeping me out of the game

3/29/2019 4:20:46 AM

What would you call your label?

3/29/2019 4:21:50 AM

**Holden Matthews**

I thought about it last night and I really like the name Soul Rotting Records "music to burn to"

3/29/2019 4:24:06 AM

That's killer!!!

3/29/2019 4:24:24 AM

Love it

3/29/2019 4:26:07 AM

**Holden Matthews**

Thanks man, dude I'm surprised a lot of these names aren't taken, like Pagan Carnage

3/29/2019 4:26:37 AM

Make a big contract for blood ov Alyda under your label and make gärd pay you for us to switch to candlelight lol

3/29/2019 4:28:03 AM

**Holden Matthews**

Lol

3/29/2019 4:42:02 AM

**Holden Matthews**

It would really all depend on sales

3/29/2019 6:15:34 AM

**Holden Matthews**

3/29/2019 8:42:45 AM

GOVERNMENT
EXHIBIT
**19**

You see brother,I don't think candlelight....or any record label will accept the cover art for the ep/or album I'm not sure what I'm using what for but it's a bit extreme for them

3/29/2019 7:27:01 PM

Most of then are Satanist lol

**Holden Matthews**

3/29/2019 8:08:56 PM

Yea but dude I'm talking next level shit,I'll tell you more in detail when I see you. Let's just say Pagan Carnage lived up to the name. I ain't no damn poser I practice what I preach

**Holden Matthews**

3/29/2019 8:09:35 PM

If you want to know what I'm talking about google "port barre ⚜"

3/30/2019 3:17:27 AM

The place in Louisiana?

**Holden Matthews**

3/30/2019 3:20:42 AM

Yea

**Holden Matthews**

3/30/2019 8:20:57 PM

Wrote a song in one night lol

**Holden Matthews**

3/30/2019 9:41:45 PM

Skies are bleeding,the angels are crying,slowly but surely the pain is subsiding. With each weakening breath I hear Funeral bells,soon to retake my high place in hell

I've felt church's wrath,none of Christ's love
As rain pours down and god laughs up above
Burnt at the stake, rain extinguished the flame
But after my corpse has been charred and maimed

(When I return, churches will burn
Crosses inverted, nuns raped and perverted)

As I enter unholy domain
And vow to become god greatest bane
Satans own blood now flows through my veins
As I ride up to heaven, intentions profane
(Chorus)

3/31/2019 12:33:43 AM

Bruh!!

3/31/2019 12:33:53 AM

That's straight up!! Lol

**Holden Matthews**

3/31/2019 12:36:29 AM

It actually tells a story of a burned witch

**Holden Matthews**

3/31/2019 12:48:34 AM

Crazy part is it was triggered by my firms telling me about his tooth ache lmao he took some pain pills and told me "slowly but surely the pain is subsiding" and I was like,dude let me use these as lyrics

3/31/2019 6:18:22 AM

Dammit! Bro! Your finding everyday life and making music!!! I feel like a proud father LMAO

**Holden Matthews**

3/31/2019 6:43:47 AM

Haha yea dude

**Holden Matthews**

3/31/2019 6:55:31 AM

I love making it

**Holden Matthews**

4/2/2019 11:29:31 PM

What's up brother

4/3/2019 4:02:44 AM

What's up my kindred!!!

**Holden Matthews**

4/3/2019 4:08:16 AM

Just working on music

4/3/2019 4:08:55 AM

I been working on the building. I will rape my guitar tomorrow

4/3/2019 4:09:22 AM

I sent your video to a few friends in Norway. Loved it

**Holden Matthews**

4/3/2019 4:23:52 AM

Oh shot dude that's awesome

4/3/2019 4:25:35 AM

They said where was this cat in the 80's lol

4/3/2019 4:25:46 AM

Said is raw!!!

**Holden Matthews**

4/3/2019 4:25:56 AM

Haha nice dude

**Holden Matthews**

4/3/2019 4:26:02 AM

That's fucking awesome

**Holden Matthews**

4/3/2019 6:53:31 AM

So your cousin actually works in candlelight?

**Holden Matthews**

4/3/2019 7:14:35 AM

That's awesome

**Holden Matthews**

4/3/2019 10:11:03 PM

Burnt offerings

Starry night,moon is bright,soon the skies will fill with smoke
Fire spews, from the pews
Ancient gods it may invoke
His ravens caw, struck in awe
Pagan fires still burning bright
As the church falls, now ashes once walls
Odin smiles in pure delight
This is a war, you'll know what for
2 thousand years of oppression
By dragons breath, church put to its death
Men of god face depression

4/4/2019 2:13:36 AM

The truth!!!!

**Holden Matthews**

4/4/2019 2:19:07 AM

Miiiiight be based on real events lol

4/4/2019 3:51:28 AM

Of course!

4/4/2019 3:51:47 AM

It's dammed to happen

**Holden Matthews**

4/4/2019 4:11:48 AM

You been watching the news?

4/4/2019 4:13:53 AM

I looked. I didn't know what to look far lol

**Holden Matthews**

4/4/2019 4:17:06 AM

"St Landry church"

**Holden Matthews**

4/4/2019 4:17:15 AM

Church's*

4/4/2019 4:26:27 AM

Praise you!!

4/4/2019 4:26:28 AM

You have the fucking balls most wish they had!!

4/4/2019 4:26:39 AM

We have a black circle now

**Holden Matthews**

4/4/2019 4:38:25 AM

Yhaha hell yea

4/4/2019 4:39:13 AM

More coming down?

**Holden Matthews**

4/4/2019 4:41:07 AM

Possibly tonight lol

**Holden Matthews**

4/4/2019 4:41:24 AM

I'll show you done pics next time we meet

4/4/2019 4:41:32 AM

Kool

4/4/2019 4:42:15 AM

We need to get everyone together and talk. I'm sure Brian would love it too!!

**Holden Matthews**

4/4/2019 4:44:35 AM

Haha hell he

**Holden Matthews**

Yea*

4/4/2019 4:44:38 AM

4/4/2019 4:45:11 AM

Brother!

**Holden Matthews**

Yea I got cool pics

4/4/2019 4:46:58 AM

4/4/2019 4:47:52 AM

Good!

4/4/2019 4:48:01 AM

Hails!!!!

4/4/2019 4:48:17 AM

You went alone?

**Holden Matthews**

Yea both times

4/4/2019 4:48:28 AM

4/4/2019 4:51:14 AM

Dammit bro! Balls

**Holden Matthews**

4/4/2019 4:52:52 AM

**Holden Matthews**

High school?

3/30/2019 11:16:10 PM

Yeah

3/30/2019 11:19:08 PM

Last year

3/30/2019 11:19:10 PM

**Holden Matthews**

Hell yea dude

3/30/2019 11:46:28 PM

**Holden Matthews**

Ever hear from kadesh?

4/1/2019 12:36:44 PM

Nope

4/1/2019 12:38:41 PM

**Holden Matthews**

Just fucking disappeared

4/1/2019 12:52:02 PM

**Holden Matthews**

Dude what do you think I should do

4/1/2019 10:14:04 PM

**Holden Matthews**

4/1/2019 10:14:28 PM

GOVERNMENT
EXHIBIT
20

Have a really extreme album cover for an ep or should I use it for an album

4/1/2019 10:31:06 PM

Ep, invest everything in the present

4/1/2019 10:31:12 PM

Fuck future

**Holden Matthews**

4/1/2019 10:37:17 PM

Damn true

**Holden Matthews**

4/1/2019 10:37:27 PM

I think it's gonna be self titled

4/1/2019 10:37:33 PM

Great

**Holden Matthews**

4/1/2019 10:37:52 PM

Which one,neither are official these are just ideas

**Holden Matthews**

4/1/2019 10:38:01 PM



You sent a photo.

**Holden Matthews**

Or

4/1/2019 10:38:04 PM

**Holden Matthews**

4/1/2019 10:38:08 PM



You sent a photo.

**Holden Matthews**

4/1/2019 10:52:22 PM

Which one you like more?

4/2/2019 12:19:52 AM

You burned this?

4/2/2019 12:20:07 AM

Is that a church?

**Holden Matthews**

Yes

4/2/2019 12:26:44 AM

That's a church?

4/2/2019 12:27:01 AM

Wtf man

4/2/2019 12:27:07 AM

**Holden Matthews**

Yea baptist

4/2/2019 12:27:09 AM

**Holden Matthews**

Which is a sect of Christianity

4/2/2019 12:28:00 AM

So is this in the news?

4/2/2019 12:28:41 AM

**Holden Matthews**

Yea hold on

4/2/2019 12:28:52 AM

Local news

4/2/2019 12:28:53 AM

**Holden Matthews**

4/2/2019 12:29:00 AM

My local news

Show

4/2/2019 12:29:13 AM

**Holden Matthews**

4/2/2019 12:30:13 AM

https://katc.com/news/around-acadiana/st-landry-parish/2019/03/27/state-federal-officials-working-port-barre-church-fire/

**Holden Matthews**

4/2/2019 12:30:31 AM

Not sure if American news goes to India,tell me if it does

Whoa

4/2/2019 12:30:58 AM

Damn man

4/2/2019 12:31:03 AM

**Holden Matthews**

4/2/2019 12:31:24 AM

Yea it was actually surprisingly easy

Damn i am speechless dude

4/2/2019 12:31:39 AM

That art needs a better logo

4/2/2019 12:31:55 AM

**Holden Matthews**

4/2/2019 12:31:59 AM

I think kadesh got scared

4/2/2019 12:32:01 AM

Did you take more pictures?

**Holden Matthews**

4/2/2019 12:32:26 AM

But I mean you can't possibly get in trouble you in a completely different country

4/2/2019 12:32:45 AM

Okay?

**Holden Matthews**

4/2/2019 12:33:07 AM

Yea check this out

**Holden Matthews**

4/2/2019 12:33:36 AM



*Click to play the video attachment.*
You sent a video.

4/2/2019 12:34:06 AM

Wow man

**Holden Matthews**

4/2/2019 12:34:08 AM

Can't tell anyone about this,not right now

4/2/2019 12:34:17 AM

This is so awesome

4/2/2019 12:34:22 AM

I won't

4/2/2019 12:34:30 AM

I won't tell anyone

**Holden Matthews**

4/2/2019 12:36:06 AM

Yea I think I like the one with me photoshopped in front of it that way they can tell it's a church but not able to identify it lol

4/2/2019 12:36:31 AM

Yeah so I'll do the photoshop work

**Holden Matthews**

4/2/2019 12:36:42 AM

Damn thanks

4/2/2019 12:36:43 AM

Just send high definition pictures to my email

4/2/2019 12:36:58 AM

I'll do the logo, it's almost done

4/2/2019 12:37:49 AM

Are you scared you might get caught?

4/2/2019 12:39:59 AM

This must feel so good

4/2/2019 12:40:00 AM

Damn

**Holden Matthews**

Not really scared there's literally no evidence lol

4/2/2019 12:45:25 AM

**Holden Matthews**

No physical evidence

4/2/2019 12:45:32 AM

**Holden Matthews**

It's been a week and they still don't know what caused it

4/2/2019 12:56:44 AM

**Holden Matthews**

Might do another tonight

4/2/2019 12:56:54 AM

4/2/2019 12:57:29 AM

Another church?

4/2/2019 12:57:32 AM

Dude wtf

4/2/2019 12:57:36 AM

You'll get caught

**Holden Matthews**

4/2/2019 12:57:39 AM

Nah

**Holden Matthews**

4/2/2019 12:58:05 AM

Dude this is for all the oppression and suffering they have caused to everyone

**Holden Matthews**

4/2/2019 12:59:02 AM

Pretty much every race every type of people in the world has been forced into becoming christian

**Holden Matthews**

4/2/2019 1:06:54 AM

I want them to fucking understand it's arson,I want them to be scared

**Holden Matthews**

4/2/2019 1:07:16 AM

But after this one I'll been done for a while they will watch the churches like hounds

4/2/2019 1:33:31 AM

Be careful man

**Holden Matthews**

4/2/2019 1:56:02 AM

Yea Ik but these are all out in the country

**Holden Matthews**

4/2/2019 7:26:04 AM

Hahahahaaaaa I can see the glow from my house

**Holden Matthews**

Do you get American news?

4/2/2019 8:39:36 PM 

✓

4/3/2019 12:54:48 AM

Nope

**Holden Matthews**

Hold on I got you

4/3/2019 12:55:28 AM

**Holden Matthews**

This is from this morning

4/3/2019 12:55:34 AM

✓

4/3/2019 12:55:36 AM



GOVERNMENT
EXHIBIT
21



GOVERNMENT
EXHIBIT

22

BRAIN CANCE

REHEARSALS FROM HELL

GOVERNMENT
EXHIBIT

23



All instruments by Malice
Dedicated to the Churches
of St. Landry Parish

GOVERNMENT
EXHIBIT
24