**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:19-CR-00183-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HOLDEN JAMES MATTHEWS (01)** | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER**
(Revised 12/2018)

Considering the issues discussed during the telephone scheduling conference of June 20, 2019,

IT IS ORDERED that the parties' Joint Oral Motion to Certify this case as Complex and set the trial beyond the seventy days allowed by the Speedy Trial Act is GRANTED. Given the nature of the prosecution, the voluminous and complex nature of the discovery involved in this case, and the Defendant's need for additional time to file motions, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Act. Accordingly, the Court certifies this case as complex under 18 U.S.C. section 3161(h)(7)(A) and (B)(ii). The Court specifically finds, based on the parties' representations, that the ends of justice served by granting this continuance outweigh the public's and Defendant's rights in a speedy trial.

IT IS FURTHER ORDERED that the **trial** of this matter is hereby **SET** for **February 10, 2020 at 9:30 a.m.,** before U. S. District Judge Summerhays in Lafayette, Louisiana.

IT IS FURTHER ORDERED that a **pretrial conference** will be held by **telephone** on **January 21, 2020 at 10:00 a.m.** before the undersigned Magistrate Judge.

IT IS FURTHER ORDERED that the deadline for the defendant to file all substantive motions is extended until August 20, 2019.

Signed at Lafayette, Louisiana on the 20th day of June, 2019.

_____

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE