UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:19-CR-00183-01 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| HOLDEN JAMES MATTHEWS | * | MAGISTRATE JUDGE WHITEHURST |

JOINT STATUS REPORT

At the direction of the Court, a status conference was held on January 9, 2020. The following appearances were made:

1. John Luke Walker representing the United States of America; and
2. Dustin C. Talbot representing the Defendant, Holden Matthews

**Trial is set for February 10, 2020.**


THE FOLLOWING QUESTIONS WERE ADDRESSED:

1. Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial value? See *US v. Beechum*, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert denied*, 440 U.S. 920 and *Huddleston v. U.S.*, 485 U.S. 681 (1988).

    No.

2. Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501?

    No.

3. Are there any admissibility questions requiring evidentiary presentation?

    Not at this time.

4. Time required by each side to present its case in chief.

    Government: 8 days; Defense: 1 day.

5. The parties agreed to waive challenges to the foundation of the following documents:

   None at this time.

6. Order of presentation by multiple defendants.

   Not applicable.

7. Pending discovery problems.

   None at this time.

8. Jencks Act material will be provided to defendant:

   Some Jencks Act material may have been disclosed to the defendant during the discovery process. Any additional Jencks Act material will be disclosed the Friday before trial.

9. Other.

   Plea negotiations are currently ongoing.

Approved as to form and substance this 9th day of January, 2020.

                                            DAVID C. JOSEPH
                                            United States Attorney

s/ Dustin C. Talbot                         s/ John Luke Walker
_____             _____
DUSTIN C. TALBOT                            JOHN LUKE WALKER
Assistant Federal Public Defender           Assistant United States Attorney
102 Versailles Blvd, Suite 816              800 Lafayette Street, Suite 2200
Lafayette, LA 70501                         Lafayette, Louisiana 70501
*Counsel for Defendant*                     Telephone: (337) 262-6618