**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | United States of America v. Holden James Matthews<br>Criminal Action No. 6:19-cr-183 |
| Date: | January 23, 2020 |

## MINUTE ENTRY

A change of plea hearing in the above-referenced matter is SET on Monday, February 10, 2020 at 11:00 a.m.