UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CR-00183-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HOLDEN JAMES MATTHEWS (01)** | **MAGISTRATE JUDGE WHITEHURST** |

**MINUTES OF COURT:**
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | February 10, 2020 | Presiding: | Judge Robert R. Summerhays |
| Court Opened: | 11:00 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 11:30 a.m. | Court Reporter: | LaRae Bourque |
| Statistical Time: | /30 | Courtroom: | CR3 |
| | | Probation Officer: | Benjamin Rushing |

**APPEARANCES**

| | | |
|---|---|---|
| John Luke Walker (AUSA) | For | United States of America |
| Risa Berkower (AUSA) | | |
| Dustin Charles Talbot (AFPD) | For | Holden James Matthews (01), Defendant |
| Holden James Matthews (01) | | Defendant (LOCATION CUSTODY) |

**PROCEEDINGS**

**PROCEEDINGS:**

Indictment reading waived
Defendant advised of charges, maximum penalties and rights
Plea of guilty to counts 1,2,3, & 5 of the Indictment
Defendant under oath
Defendant advised of Rule 11 rights
Factual basis for the plea submitted
Defendant acknowledged understanding of the charge and the maximum penalty & rights
Plea of guilty accepted and judgment rendered

**RULINGS/COMMENTS:** Presentence report ordered. Sentencing in this matter is hereby set for Friday, May 22, 2020 at 10:00 a.m.

**FILINGS:**
Plea Agreement
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis
Elements of the Offense

**CUSTODY/RELEASE:**

IT IS ORDERED that the defendant is hereby detained pending sentencing.