U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

FEB 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:19-CR-00183-01 |
| VERSUS | * | JUDGE SUMMERHAYS |
| HOLDEN JAMES MATTHEWS | * | MAGISTRATE JUDGE WHITEHURST |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, HOLDEN JAMES MATTHEWS, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me as follows:

**PENALTIES FOR THE INDICTMENT:**

COUNTS 1, 3, 5 – For each of these counts, an imprisonment term of not more than twenty (20) years pursuant to 18 U.S.C. § 247(d)(3); a fine of up to $250,000.00 pursuant to 18 U.S.C. § 3571; a term of supervised release of not more than three (3) years under 18 U.S.C. § 3583(b)(2); and, a special assessment of $100.00 pursuant to 18 U.S.C. § 3013.

COUNT 2 – A mandatory **consecutive** imprisonment term of ten (10) years pursuant to 18 U.S.C. § 844(h); a fine of up to $250,000.00 pursuant to 18 U.S.C. § 3571; a term of supervised release of not more than three (3) years under 18 U.S.C. § 3583(b)(2); and, a special assessment of $100.00 pursuant to 18 U.S.C. § 3013.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire; and

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this 21 day of January, 2020, at Lafayette, Louisiana.

*[signature]*
HOLDEN JAMES MATTHEWS
Defendant

*[signature: D. Talbot]*
DUSTIN C. TALBOT
Assistant Federal Public Defender
102 Versailles Blvd, Suite 816
Lafayette, LA 70501
Telephone: (337) 262-6336
Counsel for Holden Matthews


DAVID C. JOSEPH
United States Attorney


*[signature]*
JOHN LUKE WALKER, LA Bar ID 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618


*[signature]*
RISA BERKOWER, NY Bar ID 4536538
Trial Attorney
Criminal Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C. 20530
Telephone (202) 305-0150