**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: United States of America v. Holden Matthews
Criminal Action No. 6:19-cr-0183

Date: April 16, 2020

**MINUTE ENTRY**

The sentencing in this matter currently scheduled for May 22, 2020 is rescheduled and will be held on July 30, 2020 at 10:00 a.m.