**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             United States of America v. Holden Matthews
                Criminal Action No. 6:19-cr-0183

Date:           July 1, 2020

## MINUTE ENTRY

The sentencing in this matter currently scheduled for July 30, 2020 is rescheduled and will be held on October 16, 2020 at 10:00 a.m.