**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             United States of America v. Holden Matthews
                Criminal Action No. 6:19-cr-0183

Date:           October 15, 2020


**<u>MINUTE ENTRY</u>**

The Court held a telephone status conference with counsel. The government made an oral request for a brief continuance of the sentencing hearing and the defense voiced no objection. The sentencing in this matter is continued to October 30, 2020 at 10:00 a.m.