UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:19-CR-00183-01 |
| VERSUS | * | JUDGE SUMMERHAYS |
| HOLDEN JAMES MATTHEWS | * | MAGISTRATE JUDGE WHITEHURST |

**O R D E R**

Based upon the foregoing motion:

IT IS HEREBY ORDERED that subsequent to the sentencing in the above entitled matter on October 30, 2020, the defendant, HOLDEN JAMES MATTHEWS, be released to the custody of the United States Marshal's Service, and/or Federal Bureau of Investigation, and/or the Bureau of Alcohol, Tobacco, Firearms, & Explosives, for the purpose of transferring the defendant to 27th Judicial District Court, State of Louisiana located at 118 South Court Street, Opelousas, Louisiana for the purpose of the sentencing in docket number 19-1624-A on October 30, 2020.

IT IS FUTHER ORDERED that at the conclusion of the sentencing, USMS, and/or FBI, and/or ATF, is ordered to promptly return the defendant, HOLDEN JAMES MATTHEWS to federal custody.

THUS DONE AND SIGNED, Lafayette, Louisiana on this 29th day of October, 2020.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE