**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA** — **CASE NO. 6:19-CR-00183-01**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**HOLDEN JAMES MATTHEWS (01)** — **MAGISTRATE JUDGE WHITEHURST**

**EXHIBIT LIST**
**(contains manual exhibits)**
**Miscellaneous Hearing 10/30/20**

**PARTY:** UNITED STATES OF AMERICA

| **EXHIBIT NUMBER** | **DESCRIPTION & REMARKS** | **DATE ADMITTED** |
|---|---|---|
| 3 | Summary of Restitution Amounts | 10/30/20 |
| 4 | Documents RE: Greater Union Baptist Church | 10/30/20 |
| 5 | Documents RE: St. Mary Baptist Church | 10/30/20 |
| 6 | Documents RE: Mount Pleasant Baptist Church | 10/30/20 |
| 7 | Victim Allocutions (CD) | 10/30/20 |
| 8 | Sentencing Memorandum (CD) | 10/30/20 |
| 8 | Jail Recorded Phone Call held 10/29/20 (CD) | 11/02/20 |
| 9 | Jail Recorded Phone Calls (CD2) | 11/02/20 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |