GOVERNMENT EXHIBIT 3

| | |
|---|---|
| St. Mary Missionary Baptist Church | 590,246.00 |
| Exhibit D | |
| Guide One Insurance | 575,000.00 |
| St. Mary Missionary Baptist Church | 15,246.00 |
| | |
| Greater Union Baptist Church | 970,213.30 |
| Attached Document | |
| Guide One Insurance | 200,000.00 |
| Greater Union Baptist Church | 770,213.30 |
| | |
| Mount Pleasant Baptist Church | 1,100,000.00 |
| Exhibit H | |
| AmTrust North America Insurance | 254,329.00 |
| Mount Pleasant Baptist Church | 845,671.00 |

Addresses of those entitled to restitution

Guide One Insurance
1111 Ashworth Road West
Des Moines, IA 50265-3538

St. Mary Baptist Church
103 Saquette Road
Port Barre, La 70577

Greater Union Baptist Church
P. O. Box 1254
Opelousas La 70571

Am Trust North America
59 Maiden Lane
42nnd Floor
New York, NY 10038

Mount Pleasant Baptist Church
3989 LA-182
Opelousas, La 70570