GOVERNMENT EXHIBIT 4

# ardoin ARCHITECTURE

a limited liability company

S. BRODIE ARDOIN, NCARB
Registered Architect, LA,TX, MS,AL,ID

phone: 337.948.1202
fax: 337.942.2768
130 W. South St. Opelousas, LA 70570
mail@ardoinarchitecture.com

Greater Union Baptist Church
PO Box 1254
Opelousas, LA 70571

DATE Sept. 17, 2020
INVOICE NO. 1042
JOB NO. A1929

PROJECT NAME New church building
REF. PROJECT NO.

| DATE | DESCRIPTION | SERVICES | CREDITS | BALANCES |
|---|---|---|---|---|
| | A/E fee based on the estimated construction cost | | | |
| | of $970,213.30 x 6% = 58,212.80 | | | |
| | Design/bidding phases complet | | | |
| | 58,212.80 x 80% | 46,570.24 | | |
| | Less previous billing | | 7,308.00 | |
| | | | | |
| | | | Amountdue | $ 39,262.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

GREATER UNION BAPTIST CHURCH
BUILDING FUND
P.O. Box 1254 - Opelousas, LA 70571

No. 1205

10-18 2020

PAY TO THE ORDER OF Ardoin Architecture $ 39,262.24

Thirty nine thousand two hundred sixty two 24/100 ——— DOLLARS

ST. LANDRY BANK AND TRUST COMPANY
OPELOUSAS · EUNICE · PORT BARRE · LAFAYETTE · SCOTT · CARENCRO · MEMBER F.D.I.C.

#1042 New church building

[signatures]

⑈01205⑈ ⑆065200612⑆ 175 606 0⑈

A-1

The is the bid from the contractor and they added the drainage to it and brought the price to the $970 which is on the sheet with the check to the Ardoin architect

Sent from my iPad

Begin forwarded message:

**From:** Mona Pipkins <mona@ardoinarchitecture.com>
**Date:** August 26, 2020 at 9:58:53 AM CDT
**To:** ronald milburn <keystone196@yahoo.com>
**Subject: RE: Greater Union Baptist Church**

I will begin work on the contract although I'm pretty sure the contractor won't be able to get his insurance in place to start construction until after the storm passes.

**From:** ronald milburn <keystone196@yahoo.com>
**Sent:** Wednesday, August 26, 2020 9:37 AM
**To:** Mona Pipkins <mona@ardoinarchitecture.com>
**Subject:** Fwd: Greater Union Baptist Church

Here's the bid from Joseph Martin and is the contractor that we have decided to use for the rebuilding of Greater Union Baptist Church.

Sent from my iPhone

Begin forwarded message:

**From:** Kermit Mills <kermit.mills@yahoo.com>
**Date:** August 24, 2020 at 9:31:54 PM CDT
**To:** "keystone196@yahoo.com" <keystone196@yahoo.com>, JOSEPH MAUREEN MARTIN <dbrick2@bellsouth.net>
**Subject: Fw: Greater Union Baptist Church**

Hello Deacon

Just to get the board something for pricing, please except this proposal as following we have covered in our bid for new construction of Greater Union Baptist Church as follows.

1.All insurances needed to complete job Builders Risk,Permit allowance-$4,000

2.All general conditions included.Storage containers,jobsite office,Fence for securing site, security cameras] and equipment needed for completion of job.

3.Earthwork within Building Pad per plans/geo report-$50.895,Strip site 6" in depth & haul off-site-450cy,undercut building area to 3'in depth from existing sub grade-1,380cy and Install select fill within building area 2,280cy

4.Earthwork within Parking Area:,Soil cement stabilize upper 10"of paving area sub grade-1,500sy,Install select fill within building area-1,220

5.Storm Drainage

6.Backfill curbs & rough grade green areas

7.Erosion control

8.Metalstud all interior walls, stage,fire wall,insulation in wall, blocking and hang drywall

9.Finish wall/ceilings and Painting

10.Building Pad

11.Eifs/water barrier

12.Glass/store front

13.Steel Building Muller

14.Erection of steel building

15.HVAC,Electrical and Plumbing

16.ConcreteForming&Rebar Foundatin/Parking area

17.Plumbing fixtures-GC will provide submittals

18.Lighting fixtures-GC will provide submittals-NOTOCO

19.Sewer system per plans-$24,000

20.Bathroom partitions

21.Cabinets/Countertops-GC will provide selection

22.Doors/Hardware-GC will provide selection with door vendor submittals-ERO Doors

23.Bapistery with heat pump

24.Tile,VCT AND Carpet-GC will provide selection

25.Crane for steeple provided by Church but GC will paint

No other fees are included Traffic impact fees,sewer impact fees are not included,no exterior landscaping,No Bermuda grass, no awings,no steeple are included

Any Material price increases that occur will be disclosed and will not be the responsibility of the GC.

$969,513.30

If price is expected we will like to hold a meeting with subs/vendors on material like lighting,Plumbing and HVAC We will not be changing the metal building will remain 3 buildings.

Thanks
Kermit and Joseph
We look forward to working with you all on your project if bid is excepted.