GOVERNMENT EXHIBIT 5

PROB 72
(Rev. 02/16)

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

## DECLARATION OF VICTIM LOSSES

UNITED STATES
v.
HOLDEN MATTHEWS

Case No. 6:19CR00183-001

I, Pastor Kyle Sylvester (St Mary), residing at 103 Saquette Rd (Church Location) in the city (or county) of St Landry, in the state of Louisiana, am a victim in the above referenced case, and I believe that I am entitled to restitution in the total amount of $ 15,246.

My specific losses as a result of this offense are summarized as follows: *(attach additional pages if needed)*

Slab Removal $7000
Soil Test $8246

☑ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ 575,000. The name and address of my insurance company and the claim number for this loss are as follows:

Guide One Insurance
PO Box 14543
Des Moines, IA 50306-3543
(AA120066)

As a result of this offense, I have: *(check all that apply)*

- ☐ become insolvent;
- ☐ filed for bankruptcy under the Bankruptcy Code (title 11, United States Code);
- ☐ suffered substantial loss of a retirement, education, or other savings or investment fund;
- ☐ made substantial changes to my employment (such as postponing retirement plans);
- ☑ made substantial changes to my living arrangements (such as relocating to a less expensive home);
- ☐ suffered substantial harm to my ability to obtain credit.

I declare under penalty of perjury that the foregoing is true and correct.

Date executed: May 7, 2020

(Signature)

(Additional Phone / Mailing Address)

GOVERNMENT EXHIBIT D

Page 1 of 1