**Neighborhood Restoration** AIA Document G703 Page 1 of 1 Pages

**MT. Pleasant Baptist Church**

3989 LA 182

Opelousas, Louisiana 70570

**Deacon Hines and Deacon Espree**

Draw - 1: 4-18-2020

| A<br>ITEM NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED VALUE | D<br>WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E<br>THIS PERIOD | F<br>MATERIALS PRESENTLY STORED (NOT IN D OR E) | G<br>TOTAL COMPLETED AND STORED TO DATE (D+E+F) | %<br>(G ÷ C) | H<br>BALANCE TO FINISH (C - G) | I<br>Mobilization<br>0 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | - Fire Marshall - Parish Permit | $5,750.00 | | | | | | $5750.00 | |
| 1 | General Conditions: Builders Risk Insuran | $0 | | | 0% | $0.00 | | $0.00 | |
| 3 | Surveying company | $5,125 | | | 0% | | | $0.00 | |
| 4 | Termite Treatment | $564 | | | 0% | | | $564.00 | |
| 5 | Sitework/Earthwork/Fill/Demolition | $99,185 | $88,454.00 | $88,454.00 | 0% | | | $10,731.00 | |
| 6 | Footings/Sand/Re-Bar/Foundation | $53,491 | | | 0% | | | $0.00 | |
| 7 | Plumbing Rough-In's & Fixtures | $56,034 | | | 0% | | | $0.00 | |
| 8 | Metal Building | $91,678 | | | 0% | | | $0.00 | |
| 9 | Metal Building Installation | $32,289 | | | 0% | | | $0.00 | |
| 11 | Metal Studs and Inside Framing | $50,298 | | | 0% | | | $0.00 | |
| 12 | Electrical Rough-Ins + Lighting/Fixtures | $56,642 | | | 0% | | | $0.00 | |
| 13 | Drywall:Firemarshall/Tape/Float/Texture | $51,540 | | | 0% | | | $0.00 | |
| 14 | Flooring - Vinyl/Ceramic/Carpet | $29,808 | | | 0% | | | $0.00 | |
| 15 | Mechanical Rough-ins and HVAC Units | $55,424 | | | 0% | | | $0.00 | |
| 16 | Brick & Brick Installation | $30,450 | | | 0% | | | $0.00 | |
| 17 | Masonry - Stucco - Steeple | $33,743 | | | 0% | | | $0.00 | |
| 18 | Doors- Interior - -Knobs-Locksets | $9,679 | | | 0% | | | $0.00 | |
| 19 | Ceiling: Grid - Suspended Ceiling Tiles | $20,110 | | | 0% | | | $0.00 | |
| 20 | Kitch Cabinets/Countertops/Brooms/Count-tops | $7,368 | | | 0% | | | $0.00 | |
| 21 | Appliances - Gas Stove - Refrigerator | $2,390 | | | 0% | | | $0.00 | |
| 22 | Pulpit Build-out & Baptistry | $18,500 | | | 0% | | | $0.00 | |
| 23 | Church Pews and Furniture | $39,500 | | | 0% | | | 39500 | |
| 24 | Painting - Interior mainly - Exterior - minor | $16,406 | | | 0% | | | $0.00 | |
| 25 | Foyer Chandelier - Allowance | $2,025 | | | 0% | | | $0.00 | |
| 26 | Fire Marshal: Exit Signs - Panic Bars | $1,825 | | | 0% | | | $0.00 | |
| 27 | Building Materials & Bathroom Partitions | $17,125 | | | 0% | | | $0.00 | |
| 28 | Storefront Glass - Media - Windows | $30,300 | | | 0% | | | $0.00 | |
| 29 | Asphalt Parking Lot/Bollards | $104,216 | | | 0% | | | $0.00 | |
| 30 | Parking Lot Lighting | $8,446 | | | 0% | | | $0.00 | |

Bro E.H.

GOVERNMENT EXHIBIT 6

P.O. Box 89453 · Cleveland, O

| # | Item | Amount | | | % | | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | | [illegible] | | | [illegible] | |
| [illegible] | [illegible] | [illegible] | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | $28,[illegible] | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | [illegible]5,728 | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | $2,612 | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | $7,250 | | | 0% | | | | |
| [illegible] | [illegible] | [illegible]33,500 | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | $1,028,059 | | | 0.00 | | | $0.00 | |
| [illegible] | [illegible] | $88,454.00 | | | 0% | | | $0.00 | |
| [illegible] | [illegible] | $939,605.00 | | | | | | $0.00 | |
| [illegible] | [illegible] (15%) | $155,035.00 | | | | | | | |
| [illegible] | [illegible] | $1,094,640.00 | | | | | | | $109,464.00 |

G763-1892

AmTrust North America
An AmTrust Financial Company

September 11, 2019

MOUNT PLEASANT BAPTIST CHURCH
3989 HWY 182 SOUTH
OPELOUSAS, LA 70570

| | | |
|---|---|---|
| Re: | Insurance Co.: | Republic Fire and Casualty Insurance Company |
| | File No.: | 3082524 |
| | Policyholders: | MOUNT PLEASANT BAPTIST CHURCH |
| | Policy No.: | FCP1002224 |
| | Policy Period: | 2/26/2019 - 2/26/2020 |
| | Date of Loss: | 4/4/2019 3:00:00 AM |
| | Location of Loss: | 3989 Hwy 182 South, Opelousas LA |

Dear Policyholder:

We have issued the Final Debris Removal payment as follows:

$820[illegible].00 for Debris Removal.

This payment has been issued and will arrive under separate cover.

Should you have any questions for wish to discuss any aspect of your claim, please call me at the number listed below.

Very truly yours,

Allen Jones
Claims Investigator
Property Claims
210-419-3671

cc: DUPRE-CARRIER-[illegible]
PO BOX 1298
OPELOUSAS, LA 70570

CHASE

DEPOSIT/DEPÓSITO

CHECKING/CHEQUES
SAVINGS/AHORROS
CHASE LIQUID

DEPOSIT/DEPÓSITO

R/T 500001020

Today's Date/Fecha 6-18-19

Mt Pleasant Baptist Church

Customer Name (Please Print)/Nombre del cliente (en letra de molde)

| | |
|---|---|
| CASH/ EFECTIVO | |
| CHECK/ CHEQUE | 254329.00 |
| TOTAL FROM OTHER SIDE/ TOTAL DEL REVERSO | |
| SUBTOTAL | |
| LESS CASH/ MENOS EFECTIVO RECIBIDO | |
| TOTAL $ | 254 329.00 |

Sign Here (If cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)

X

N13062-CH (Rev. 07/12) 90125591 04/19

Start your account number here/
▼ Empleca su número de cuenta aquí

870067042I

⑈105057862 2⑈ ⑆500001020⑆

THIS CHECK IS VOID WITHOUT A BLUE BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

VOID

REPUBLIC UNDERWRITERS INSURANCE COMPANY
P.O. BOX 740042
ATLANTA, GA 30374-0042

JPMorgan Chase Bank, N.A.
Syracuse, NY
50-937/213

| | |
|---|---|
| 00060191 | |
| 3082524-1 | |
| FCP1002224-00 | |
| 6/12/2019 | $254,329.00 |

Two Hundred Fifty-Four Thousand Three Hundred Twenty-Nine and 0/100s Dollars*********************

PAY TO THE ORDER OF MOUNT PLEASANT BAPTIST CHURCH

VOID AFTER 180 DAYS

Mail To
MOUNT PLEASANT BAPTIST CHURCH
C/O DUPRE-CARRIER-GODCHAUX AGENCY
ATTN: MARY CHAVIS CLAIMS MANAGER
PO BOX 1298
OPELOUSAS, LA 70571-1298

⑈00060191⑈ ⑆021309379⑆ 856110882⑈

| | |
|---|---|
| Check Number | 00061296 |
| Claim Number: | 3082524-2 |
| Bill Number: | 0 |
| Invoice Number: | |
| Policy / Insured: | FCP1002224-00/MOUNT PLEASANT BAPTIST CHURCH |
| Claimant Name: | MOUNT PLEASANT BAPTIST CHURCH |
| Payee ID / Name: | MOUNT PLEASANT BAPTIST CHURCH |
| Loss Date: | 4/4/2019 |
| Location: | 3989 Hwy 182 South Opelousas LA 70570 - |
| Examiner Code: | 22792 |

| | |
|---|---|
| Amount: | $68,612.00 |
| Dates of Service: | - |
| Explanation: | CONTENTS POLICY LIMITS |
| Category: | 44 - Contents |
| Placement: | 6 - Loss |
| Transaction Type: | |

REPUBLIC UNDERWRITERS INSURANCE COMPANY
AmTrust North America
P. O. Box 89453
Cleveland, OH 44101
877-207-3119